UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:24-CR-215 |
| v. | |
| ANTHONY GILBERT-BROWN, | (Judge Munley) |
| Defendant | |

INDICTMENT

THE GRAND JURY CHARGES:

FILED
SCRANTON
AUG 20 2024
PER _____
DEPUTY CLERK

COUNT 1
18 U.S.C. § 1791(a)(2)
(Possessing Contraband in Prison)

On or about July 26, 2024, at the Federal Correctional Institution at Schuylkill, Pennsylvania, within the Middle District of Pennsylvania, the defendant,

**ANTHONY GILBERT-BROWN,**

being an inmate of a prison, did knowingly possess and obtain a prohibited object, specifically, a weapon, and an object that is designed and intended to be used as a weapon, commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

GERARD M. KARAM
United States Attorney

███████████
FOREPERSON

LUISA HONORA BERTI
Assistant United States Attorney

8-20-24
Date